JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Payton<br><br>        Plaintiff,<br><br>v.<br><br>IHG Management, LLC et al<br><br>        Defendants. | Case No. CV 16-05605-AB (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 22, 2016     _____

                                         HONORABLE ANDRÉ BIROTTE JR.
                                         UNITED STATES DISTRICT JUDGE